NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

APR 24 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>JESSE EDGARDO HERRERA, a.k.a. Harald Herrera, a.k.a. Harold Herrera, a.k.a. Herald Herrera, a.k.a. Jesse B. Herrera, a.k.a. Jesse Edgar Herrera, a.k.a. Jessie Herrera,<br><br>Defendant-Appellant. | No. 16-50162<br><br>D.C. No. 2:14-cr-00155-JFW<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Central District of California
John F. Walter, District Judge, Presiding

Submitted April 11, 2017[**]

Before:     GOULD, CLIFTON, and HURWITZ, Circuit Judges.

Jesse Edgardo Herrera appeals pro se from the district court's order denying

his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2).  We have

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

jurisdiction under 28 U.S.C. § 1291, and we affirm.

Herrera's plea agreement provided that, if he received the benefit of then-pending Amendment 782 at sentencing, he waived any right to file a later motion for a sentence reduction under that amendment. Contrary to Herrera's contention, the record reflects that the sentencing court granted him the benefit of Amendment 782 by way of a two-level downward variance. Accordingly, the district court correctly concluded that Herrera had waived the right to pursue a further reduction.

**AFFIRMED.**

16-50162